# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEILA MCCOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-2129-JAR |
| | ) |
| KIM LEE AND WANDA HANDY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER OF DISMISSAL

On November 22, 2016, this Court issued a Notice and Order to Show Cause, advising Plaintiff that she shall have until December 22, 2016 to show good cause in writing why this action should not be dismissed in its entirety without prejudice, for lack of prosecution under Fed. R. Civ. P. 41(b).[1]  Plaintiff has not responded to this Order.

Being duly advised, for good cause shown and pursuant to Rule 41(b) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that this case is DISMISSED WITHOUT PREJUDICE.  Each party to bear its own costs and expenses.

**IT IS SO ORDERED**.

Dated: January 3, 2017

 S/ Julie A. Robinson
 JULIE A. ROBINSON
 UNITED STATES DISTRICT JUDGE

---

[1]Doc. 39.